UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN M. MCCASKILL, AS SUCCESSOR IN INTEREST TO JAYNE K. MARSO;<br><br>     Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY;<br><br>     Defendant. | 4:17-CV-04121-KES<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

   Plaintiff, Kathryn M. McCaskill as Successor in Interest to Jayne K. Marso, sought review of the Commissioner's final decision denying Marso's application for social security disability and supplemental security income disability benefits under Title II of the Social Security Act. The court referred the McCaskill's motion for summary judgment to United States Magistrate Judge Veronica L. Duffy. Docket 14.

   Magistrate Judge Duffy filed a report and recommended that the district court reverse and remand the Commissioner's decision. Objections to the report and recommendation were due on May 4, 2018.

The time for objections has passed and no objections to the report and recommendation have been filed. The court has considered the case de novo and adopts the report and recommendation in full. Thus, it is

ORDERED that the report and recommendation (Docket 18) is adopted in full.

Dated May 9, 2018.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE